O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALEMAN,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>KEN CLARK, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 06-04687 JSL (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of MARIO ALEMAN for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 16, 2009

　　　　　　　　　　　　　　　　*Spencer Letts*
　　　　　　　　　　　　　　　─────────────────
　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE